UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAEKH AHAMED,   **Docket No.**: 3:24-cv-01551-OAW

    Plaintiff,

-against-   **NOTICE OF SETTLEMENT AS TO AMERICAN EXPRESS COMPANY ONLY**

AMERICAN EXPRESS COMPANY, et al.,

    Defendants.
_____/

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between Plaintiff, SHAEKH AHAMED, and Defendant, AMERICAN EXPRESS COMPANY only, pending the exchange and approval of final settlement papers. This Notice of Settlement only applies to American Express Company.

Dated: October 21, 2024

                                      Respectfully submitted,

                                      _____
                                      Subhan Tariq, Esq.
                                      Attorney I.D. No. ST9597
                                      Tariq Law PC
                                      **Attorney for Plaintiff**
                                      99 Park Avenue, Suite 1100
                                      New York, NY 10016
                                      Telephone: (212) 804-9095
                                      Email: subhan@tariqlaw.com