**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SHAEKH AHAMED, | **Docket No**.: 3:24-cv-01551-OAW |
| Plaintiff, | |
| -against- | **NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC ONLY** |
| AMERICAN EXPRESS COMPANY, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between Plaintiff, SHAEKH AHAMED, and Defendant, TRANS UNION, LLC only, pending the exchange and approval of final settlement papers. This Notice of Settlement only applies to Trans Union, LLC.

Dated: November 15, 2024

Respectfully submitted,

_____
Subhan Tariq, Esq.
Attorney I.D. No. ST9597
Tariq Law PC
**Attorney for Plaintiff**
99 Park Avenue, Suite 1100
New York, NY 10016
Telephone: (212) 804-9095
Email: subhan@tariqlaw.com