# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

SHAEKH AHAMED,  **Docket No.**: 3:24-cv-01551-OAW

    Plaintiff,

-against-  **NOTICE OF SETTLEMENT AS TO BARCLAYS BANK DELAWARE ONLY**

AMERICAN EXPRESS COMPANY, et al.,

    Defendants.

_____/

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between Plaintiff, SHAEKH AHAMED, and Defendant, BARCLAYS BANK DELAWARE only, pending the exchange and approval of final settlement papers. This Notice of Settlement only applies to Barclays Bank Delaware.

Dated: November 26, 2024

    Respectfully submitted,

    _____
    Subhan Tariq, Esq.
    Attorney I.D. No. ST9597
    Tariq Law PC
    **Attorney for Plaintiff**
    99 Park Avenue, Suite 1100
    New York, NY 10016
    Telephone: (212) 804-9095
    Email: subhan@tariqlaw.com