UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAEKH AHAMED,                      **Docket No**.: 3:24-cv-01551-OAW

       Plaintiff,

     -against-                      **NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**

AMERICAN EXPRESS COMPANY, et al.,

       Defendants.
_____/

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between Plaintiff, SHAEKH AHAMED, and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. only, pending the exchange and approval of final settlement papers. This Notice of Settlement only applies to Experian Information Solutions, Inc.

Dated: March 21, 2025

                                                       Respectfully submitted,

                                                       _____
                                                       Subhan Tariq, Esq.
                                                       Attorney I.D. No. ST9597
                                                       Tariq Law PC
                                                       **Attorney for Plaintiff**
                                                       99 Park Avenue, Suite 1100
                                                       New York, NY 10016
                                                       Telephone: (212) 804-9095
                                                       Email: subhan@tariqlaw.com